UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **NANCY CALHOUN, INDIVIDUALLY, AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF RICHARD G. CALHOUN, DECEASED,** *Plaintiffs*, | § § § § § § | |
| V. | § § | CIVIL CASE NO. 4:17-CV-00180-O |
| **AAA LIFE INSURANCE COMPANY,** *Defendant*. | § § § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, **NANCY CALHOUN, INDIVIDUALLY, AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF RICHARD G. CALHOUN, DECEASED**, Plaintiff, and **AAA LIFE INSURANCE COMPANY**, Defendant, and notify the Court that the parties have reached a settlement agreement to resolve any and all claims made the basis of this lawsuit. The Parties anticipate that they will need thirty (30) days to finalize the settlement and file a Joint Stipulation of Dismissal.

Respectfully submitted,

/s/ *Robert A. Allen (with permission*_____
Robert A. Allen
State Bar No. 01051000
rallen@asdh.com
John B. Grissom
State Bar No. 24092457
jgrissom@asdh.com
ALLEN, STEIN & DURBIN, P.C.
6243 IH-10 West, 7th Floor
P.O. Box 101507
San Antonio, Texas 78201
Telephone:  210.734.7488
Facsimile:   210.738.8036

and

Robert J. Myers
State Bar No. 14765380
rmyers@rjmyerslaw.com
MYERS LAW | ATTORNEYS AT LAW
2525 Ridgmar, Suite 150
Fort Worth, Texas 76116
Telephone:  817.731.2500
Facsimile:   817.731.2501


ATTORNEYS FOR NANCY CALHOUN,
INDIVIDUALLY AND AS
INDEPENDENT EXECUTRIX OF THE
ESTATE OF RICHARD G. CALHOUN,
DECEASED

/s/ *Gregory R. Ave*_____
Gregory R. Ave
State Bar No. 01448900
greg.ave@wbclawfirm.com,
Matt L. Montgomery
State Bar No. 24041509
matt.montgomery@wbclawfirm.com
Jay R. Harris
State Bar No. 00793907
jay.harris@wbclawfirm.com
WALTERS, BALIDO & CRAIN, L.L.P.
AveEdocsNotifications@wbclawfirm.com
Meadow Park Tower, Suite 1500
10440 North Central Expressway
Dallas, Texas 75231
Telephone: 214.347.8310
Facsimile:  214.347.8311

ATTORNEYS FOR DEFENDANT AAA
LIFE INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 23RD, 2017, a true and correct copy of the foregoing Report Regarding Contents of Scheduling Order was served by electronic submission through the Court's automated Case Management and Electronic Docketing System for the U.S. District Court for the Northern District of Texas, Fort Worth Division.

          /s/ *Gregory R. Ave*_____
          Gregory R. Ave