# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **NANCY CALHOUN, INDIVIDUALLY, AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF RICHARD G. CALHOUN, DECEASED,** *Plaintiffs*, | § § § § § § | |
| **V.** | § § | **CIVIL CASE NO. 4:17-CV-00180-O** |
| **AAA LIFE INSURANCE COMPANY,** *Defendant*. | § § § | |

## JOINT STIPULATION OF DISMISSAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW, **NANCY CALHOUN, INDIVIDUALLY, AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF RICHARD G. CALHOUN, DECEASED**, Plaintiff, and **AAA LIFE INSURANCE COMPANY**, Defendant, and hereby give notice of their Joint Stipulation of Dismissal with prejudice of all claims asserted by Plaintiff herein against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1), and would respectfully show the Court as follows:

Plaintiff initiated this action by filing certain claims against Defendant as reflected by the pleadings on file herein. Defendant has appeared in the suit. Plaintiff and Defendant stipulate the claims of Plaintiff against Defendant are hereby voluntarily dismissed with prejudice. Plaintiff no longer desires to pursue this case against Defendant and seeks to dismiss her claims against Defendant AAA Life Insurance Company with prejudice to re-filing of same.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant desire a Stipulation of Dismissal be entered by this Court, with prejudice, with respect to all of Plaintiff's claims against Defendant, it being the intent of the parties to fully dismiss Defendant from these proceedings with each party bearing their own costs.  The parties acknowledge this voluntary dismissal by stipulation is effective upon filing.

WHEREFORE PREMISES CONSIDERED, Plaintiff and Defendant request that a Stipulation of Dismissal with prejudice be entered for all claims of the Plaintiff against Defendant AAA Life Insurance Company.

Respectfully submitted,

| | |
|---|---|
| /s/ *Robert A. Allen (with permission*_____ | /s/ *Gregory R. Ave*_____ |
| Robert A. Allen | Gregory R. Ave |
| State Bar No. 01051000 | State Bar No. 01448900 |
| rallen@asdh.com | greg.ave@wbclawfirm.com, |
| ALLEN, STEIN & DURBIN, P.C. | Matt L. Montgomery |
| 6243 IH-10 West, 7th Floor | State Bar No. 24041509 |
| P.O. Box 101507 | matt.montgomery@wbclawfirm.com |
| San Antonio, Texas 78201 | Jay R. Harris |
| Telephone:  210.734.7488 | State Bar No. 00793907 |
| Facsimile:  210.738.8036 | jay.harris@wbclawfirm.com |
| | WALTERS, BALIDO & CRAIN, L.L.P. |
| and | AveEdocsNotifications@wbclawfirm.com |
| | Meadow Park Tower, Suite 1500 |
| Robert J. Myers | 10440 North Central Expressway |
| State Bar No. 14765380 | Dallas, Texas 75231 |
| rmyers@rjmyerslaw.com | Telephone: 214.347.8310 |
| MYERS LAW | ATTORNEYS AT LAW | Facsimile:  214.347.8311 |
| 2525 Ridgmar, Suite 150 | |
| Fort Worth, Texas 76116 | ATTORNEYS FOR DEFENDANT AAA |
| Telephone:  817.731.2500 | LIFE INSURANCE COMPANY |
| Facsimile:  817.731.2501 | |

ATTORNEYS FOR NANCY CALHOUN, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF RICHARD G. CALHOUN, DECEASED

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on July 26, 2017, a true and correct copy of the foregoing Report Regarding Contents of Scheduling Order was served by electronic submission through the Court's automated Case Management and Electronic Docketing System for the U.S. District Court for the Northern District of Texas, Fort Worth Division.

                                               /s/ *Gregory R. Ave*
                                               Gregory R. Ave